# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARFIELD GAYLE, *et al.*,<br><br>    Plaintiffs/Petitioners,<br><br>v.<br><br>WARDEN MONMOUTH COUNTY<br>CORRECTIONAL INSTITUTION, *et al.*,<br><br>    Defendants/Respondents. | No. 3:12-cv-02806-FLW-DEA<br><br>Order Re-Opening Matter<br>Pursuant to Remand |

**THIS MATTER** having come before the Court following the decision, on September 22, 2016, of the United States Court of Appeals for the Third Circuit vacating this Court's opinions and orders of March 14, 2014 (Dkt. Nos. 94-95), and January 28, 2015 (Dkt. Nos. 111-112), and remanding to this Court for further proceedings consistent with the opinion of the Court of Appeals in *Gayle v. Warden Monmouth Cty. Corr. Inst.*, 838 F.3d 297 (3d Cir. 2016); and the mandate of the Court of Appeals having been issued on November 14, 2016 and entered in this Court on November 15, 2016, (Dkt. No. 118); and for good cause shown,

IT IS, on this 15th day of December, 2016,

ORDERED that this matter is re-opened for the Court further proceedings consistent with the opinion of the Court of Appeals.

*Freda L. Wolfson*
Honorable Freda L. Wolfson
United States District Judge